# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIREZA DASTGIR,<br><br>    Petitioner,<br><br>  v.<br><br>MARIN, et al.,<br><br>    Respondents. | CASE NO. 5:25-cv-03549-PA (SK)<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

  Petitioner Alireza Dastgir is a citizen of Iran who is subject to a September 2025 final order of removal. (ECF 1 at 6, 8). However, for two years between June 2023 and July 2025, petitioner was released from Immigration and Customs Enforcement ("ICE") custody on an Order of Recognizance that required routine check-ins. (ECF 1 at 7; ECF 8-2 at 2-6). At his check-in on July 30, 2025, petitioner was re-detained by ICE officers without prior notice. (ECF 1 at 8). Since then, petitioner has been detained at the Desert View ICE Facility in Adelanto, California. (ECF 1 at 8).

  Petitioner is protected from removal to Iran pursuant to a deferral under the Convention Against Torture. (ECF 1 at 8; ECF 1-1 at 13). As a result, he alleges in a petition under 28 U.S.C. § 2241 that his re-detention and continued prolonged detention are unlawful under 8 U.S.C. § 1231(a)(6) and the Fifth Amendment. (ECF 1 at 4, 14-19). At a February 11, 2026 hearing on that petition, the parties were ordered to confer to determine whether respondents have continued grounds to oppose the petition. (ECF 11). On February 13, 2026, the parties filed a joint status report with

respondents stating that they do not oppose petitioner's release from ICE custody. (ECF 12 at 2).

For these reasons, the unopposed petition under 28 U.S.C. § 2241 is GRANTED. Petitioner is ordered released from ICE custody immediately. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: February 17, 2026

_____
PERCY ANDERSON
United States District Judge

PRESENTED BY:

_____
STEVE KIM
United States Magistrate Judge