JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALIREZA DASTGIR,

                Petitioner,

      v.

MARIN, et al.,

                Respondents.

Case No. 5:25-cv-03549-PA (SK)

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner is to be released from the custody of Immigration and Customs Enforcement immediately.

DATED: February 17, 2026

_____
PERCY ANDERSON
United States District Judge